UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                              Plaintiffs,

            v.                                             No. 25-cv-00562

UNITED STATES DEPARTMENT OF JUSTICE,

                              Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy Tai, an attorney at The New York Times

Company, who is admitted to practice in this Court, respectfully enters his appearance as counsel

for Plaintiffs The New York Times Company and Charlie Savage in the above-captioned case.

Dated: January 21, 2025                    */s/ Timothy Tai*
                                           Timothy Tai (#6175293)
                                           Legal Department
                                           The New York Times Company
                                           620 8th Avenue
                                           New York, NY 10018
                                           Phone: (212) 556-1244
                                           Email: timothy.tai@nytimes.com

                                           *Counsel for Plaintiffs*