UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                    Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF JUSTICE,

                    Defendant.

No. 25-cv-00562

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2025, true and correct copies of the Court's January 22, 2025, Notice of Initial Conference (ECF No. 8), and the Court's Individual Rules of Practice in Civil Cases, were served by email to Sarah Normand, Deputy Chief of the Civil Division, U.S. Attorney's Office for the Southern District of New York, which represents Defendant.

Dated: January 23, 2025

                                                          /s/ Timothy Tai
                                                          David McCraw
                                                          Al-Amyn Sumar
                                                          Timothy Tai
                                                          Legal Department
                                                          The New York Times Company
                                                          620 8th Avenue
                                                          New York, NY 10018
                                                          Phone: (212) 556-1244
                                                          Email: timothy.tai@nytimes.com

                                                          *Counsel for Plaintiffs*