**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE NEW YORK TIMES COMPANY, *et al*.,

                        Plaintiffs,

    -against-                                    25 **CIVIL** 0562 (GHW)

                                                     **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE,

                        Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 4, 2025, Defendant's motion to dismiss the Amended Complaint is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 5, 2025

                                                       **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                   **BY:**

                                                       **Deputy Clerk**